IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID MUES : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05-cv-00505 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| GENERAL REVENUE CORPORATION : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court GRANTS Defendant's Motion for Summary Judgment (doc. 13) and DISMISSES this matter for the Court's docket.

8/2/07                                                James Bonini, Clerk


                                                      s/Kevin Moser
                                                      Deputy Clerk